## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————————
SANAD ALI YISLAM AL-KAZIMI,

        Petitioner,

        v.                           Civil Action No. 05-2386 (RBW)

BARACK H. OBAMA,
President of the United States of America,
et al.,

        Respondents.
———————————————————————

## ORDER

In accordance with the oral ruling issued by the Court at the conclusion of the motions hearing held on this same date, it is

**ORDERED** that the petitioner's motion for an order requiring, under certain circumstances, that the government provide him with thirty-days advance notice of a decision to transfer him from the Guantanamo Bay Naval Station is **DENIED**.

**SO ORDERED** this 19th day of August, 2011.

                                   REGGIE B. WALTON
                                   United States District Judge